AO 450 (GAS Rev 10/03) Judgment In a Civil Case

# United States District Court
## Southern District of Georgia

ALAN MAINOR

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV403-131

CHATHAM COUNTY DETENTION CENTER PERSONNEL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That in accordance with the Court's Order dated October 1, 2003 adopting the Magistrate Judge's Report and Recommendation as the opinion of the Court, Judgment of dismissal is entered dismissing case.

E.O.D.
10/6/03

| October 1, 2003 | Scott L. Poff |
|---|---|
| Date | Clerk |
| | *(By) Deputy Clerk* |

GAS Rev 10/1/03